UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GRAND POINTE, LLC; CENTURY | ) | No. 1:05-CV-161 (lead case) |
| CONSTRUCTION OF TENNESSEE, LLC, a | ) | |
| Tennessee Entity; CENTURY | ) | Judge Curtis L. Collier |
| CONSTRUCTION OF TENNESSEE, LLC an | ) | |
| Alabama Entity; SOUTHERN CENTURY, | ) | |
| LLC; CEMC IV, L.P.; CLIFFORD BYRD | ) | |
| HARBOUR; ROBERT H. CHANDLER; and | ) | |
| GRAND POINTE CONDOMINIUM | ) | |
| OWNERS ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The Court stayed this case on February 7, 2006 (Court File No. 38). Subsequently, Plaintiffs filed motions to lift the stay (Court File Nos. 39, 43). Before the Court ruled on these motions, Plaintiff Cincinnati Insurance Company ("Cincinnati") filed a motion for summary judgment (Court File No. 47). Defendants request the Court to dismiss Cincinnati's motion for summary judgment without prejudice, strike Cincinnati's motion, or in the alternative give Defendants twenty days from the lifting of the stay to file a response (*See* Court File Nos. 49, 51). Since the Court has lifted the stay in this case (Court File Nos. 52, 53), it sees no reason to strike or dismiss Cincinnati's motion for summary judgment. However, the Court **GRANTS** Defendants' request for additional time to

respond to Cincinnati's motion. Defendants may file a response to Cincinnati's motion for summary judgment on or before **April 11, 2006**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**